**IT IS ORDERED as set forth below:**

Date: August 18, 2009

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION


IN RE:                            )   CHAPTER 13
                                  )
LILLIE BELLE ALBERT,              )   CASE NO. 07-78049-MHM
                                  )
       Debtor.                    )
                                  )
----------------------------------------------------------------
                                  )
U.S. BANK N.A., AS SUCCESSOR BY   )
MERGER TO THE LEADER MORTGAGE     )   CONTESTED MATTER
COMPANY,                          )
                                  )
       Movant.                    )
                                  )
vs.                               )
                                  )
LILLIE BELLE ALBERT               )
ADAM M. GOODMAN, Trustee,         )
                                  )
       Respondents.
```

ORDER MODIFYING STAY

By Order filed April 21, 2009, Debtor was ordered to make certain payments to Movant. The Order further provided that if

Debtor failed to make such payments in a timely fashion, then after 10 days' notice, Movant could submit a Motion and Affidavit detailing the default and request that the automatic stay be modified. Movant submitted a Delinquency Motion describing the delinquency in which the Affiant states that Debtor failed to make payments for which the Order provides. Accordingly, it is hereby

ORDERED that the automatic stay of 11 USC Section 362(a) is modified as to Movant, its successors and assigns, regarding the real property commonly known as 879 Victoria Place, Atlanta, Georgia. It is further

ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, and may assert any and all of its respective rights and remedies under applicable law, as to its collateral. It is further

ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any. It is further

ORDERED that upon completion of any foreclosure sale, any funds in excess of the lawful payoff due to Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly

entitled to receive proceeds under applicable State Law, shall be promptly remitted to the Trustee for the benefit of the Estate.

[END OF DOCUMENT]

ORDER PRESENTED BY:

s/ John D. Schlotter
John D. Schlotter, Georgia Bar 629456
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
Phone: 678-281-6529
Fax: 770-643-4217
Email: JDS@mccallaraymer.com

DISTRIBUTION LIST

```
Lillie Belle Albert
879 Victoria Place
Atlanta, GA  30310

Robert O. Colliersmith, Esquire
Suite 7, 3535 Roswell Road
Marietta, GA  30062

Adam M. Goodman
260 Peachtree Street, N.W.
Suite 200
Atlanta, GA  30303

File No. NDSC-07-00015
```